| | | | |
|---|---|---|---|
| AUSA: | Jeremiah Smith | Telephone: | (313) 226-9100 |
| Special Agent: | Kenton Weston | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Jovan Walls

Case No.

Case: 2:26−mj−30337
Assigned To : Unassigned
Assign. Date : 6/4/2026
Description: RE: JOVAN WALLS
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 30, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posssesion of a firearm |

This criminal complaint is based on these facts:

See attached affidavivt.

☑ Continued on the attached sheet.

_Complainant's signature_

Kenton Weston, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 4, 2026

_Judge's signature_

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

### INTRODUCTION

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2.      I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in

over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over 225 arrests.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.      The ATF is currently investigating Jovan WALLS, (DOB: XX/XX/1993), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## PROBABLE CAUSE

### PROHIBITED STATUS

5.      On June 13, 2025, in Michigan's 3rd Circuit Court, WALLS pleaded guilty to carrying a concealed weapon, a felony punishable by up to five years in prison, and was later sentenced to two years of probation.

6.     WALLS is a convicted felon and thus prohibited from possessing, purchasing, and manufacturing firearms and ammunition. Additionally, based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony.

WALLS'S ARREST

7.     On May 30, 2026, at approximately 1:21 AM, Detroit Police Department (DPD) officers saw a black Jeep Compass parked on the wrong side of the road on Castleton Street in Detroit, MI. The officers pulled next to the Jeep, saw three males inside, and began speaking with them about being improperly parked. At least one officer observed that the front seat passenger appeared to be intoxicated, based on his slurring of words and inability to hold up his head and maintain eye contact. An officer asked the front passenger if there was any open alcohol inside car. The front passenger responded by stating, "Noooo, we ain`t moving." Officers then approached the Jeep on foot, looked through the open windows, and saw open liquor bottles on the center console cupholder. Based on the officers' observations, they believed there was open alcohol/intoxicants inside the Jeep.

8.     Officers then asked the driver, WALLS, if he had a driver's license. WALLS initially stated that his ID was in the backseat in his jacket. An officer noticed that WALLS'S hands were shaking as he looked for his ID and he looked

down toward his feet multiple times while speaking. The officer observed a black

drawstring bag on the driver's side floorboard at WALLS'S feet.



9.      The officer had WALLS exit the Jeep. One of his partners ran the

occupants' names and Jeep's information through the Law Enforcement

Information Network. During that time, officers searched the Jeep for more

evidence of open alcoholic containers and drunk driving. While doing so, an

officer saw a black pistol grip through the top of the black drawstring bag that had

been at WALLS'S feet. The officer opened the bag and found a loaded Taurus G2C

9mm pistol, bearing serial number "TLN43093."



10.     The bag also contained several pieces of documentation with

WALLS'S name on them. WALLS also informed DPD that his medication was in

the bag.  The officers arrested WALLS and transported him to the Detroit

Detention Center. The Jeep was impounded.

NEXUS

11.     On June 1, 2026, I provided ATF Interstate Nexus expert Kara

Klupacs a verbal description of the recovered firearm.   Based on Special Agent

Klupacs' training and experience, the Taurus G2C 9mm pistol, bearing serial

number "TLN43093", was manufactured outside the state of Michigan, and thus

had traveled in and affected interstate or foreign commerce.

## CONCLUSION

12.     There is probable cause to believe that Jovan WALLS knowingly committed violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) within the Eastern District of Michigan on May 30, 2026.

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. David R. Grand
United States Magistrate Judge

Dated:  June 4, 2026